Milton Roe SABIN et al. v. The MIDLAND SAVINGS & LOAN COMPANY.

No. 3992.

United States Court of Appeals
Tenth Circuit.

Jan. 5, 1950.

H. B. King, Oklahoma City, Okl., for appellants.

Donald M. Lesher, Denver, Colo., and Hunt & Eagleton, Tulsa, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed January 5, 1950, on motion of appellee.